**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| KENNETH LAMAR WEST SR., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CASE NO.: 7:24-CV-143 (WLS) |
| | : |
| TRANS UNION LLC, EQUIFAX | : |
| INFORMATION SERVICES, LLC, and | : |
| SYNCHRONY BANK, | : |
| | : |
| Defendants. | : |

**ORDER**

Before the Court is a Notice of Settlement as to Defendant Trans Union LLC Only (Doc. 38) ("Joint Motion"), filed on June 30, 2025. Therein, Plaintiff notifies the Court that a settlement has been reached between himself and Defendant Trans Union. Plaintiff further states that his claims against Trans Union will be dismissed within forty-five days upon the completion of the appropriate settlement arrangements. The Parties request that the Court "vacate all deadlines" in this matter as to Trans Union only and retain jurisdiction over the completion and enforcement of the Parties' settlement.

For good cause, Plaintiff's Notice (Doc. 38) is acknowledged and noted. To ensure the timely and orderly disposition of this case, the Parties are hereby **ORDERED** to file a stipulation of dismissal of all claims against Defendant Trans Union LLC within forty-five (45) days of the entry of this Order, or **by no later than Friday, August 15, 2025,** or, by the same deadline, file with the Court a motion for additional time containing a written statement as to why additional time is needed. Additionally, discovery, and all related deadlines pertaining to Defendant Trans Union LLC, is **STAYED** until that same date, or through August 15, 2025.

**SO ORDERED**, this 2nd day of July 2025.

*/s/ W. Louis Sands*
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**
