**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| KENNETH LAMAR WEST SR., | : |
| Plaintiff, | : |
| v. | : CASE NO.: 7:24-CV-143 (WLS) |
| TRANS UNION LLC, EQUIFAX INFORMATION SERVICES, LLC, and SYNCHRONY BANK, | : |
| Defendants. | : |

## ORDER

Before the Court is a Stipulation of Dismissal With Prejudice of Defendant Trans Union LLC Only ("Stipulation of Dismissal") (Doc. 41), filed on July 16, 2025. Therein, the Parties, having settled the disputes between them, stipulate to the dismissal of Plaintiff's claims against Defendant Trans Union LLC with prejudice, pursuant to Federal Rule of Civil Procedure 41.

For the purpose of completing the record, the Court acknowledges and **ACCEPTS** the Parties' Stipulation (Doc. 41). Therefore, Plaintiff's claims against Defendant Trans Union LLC are **DISMISSED**, **WITH PREJUDICE**. Plaintiff's claims against Defendant Trans Union having now been resolved, Trans Union is **DISMISSED** from this action, and the Clerk of Court is **DIRECTED** to remove said Defendant from the Docket.

**SO ORDERED**, this 17th day of July 2025.

            /s/ W. Louis Sands
            **W. LOUIS SANDS, SR. JUDGE**
            **UNITED STATES DISTRICT COURT**