**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| KENNETH LAMAR WEST SR., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 7:24-CV-143 (WLS) |
| | : | |
| TRANS UNION LLC, EQUIFAX | : | |
| INFORMATION SERVICES, LLC, and | : | |
| SYNCHRONY BANK, | : | |
| | : | |
| Defendants. | : | |
| | : | |

**ORDER**

Before the Court is a Notice of Settlement as to Defendant Equifax Information Services, LLC Only (Doc. 39) ("Notice of Settlement"), filed on July 1, 2025. Therein, Plaintiff notifies the Court that a settlement has been reached between himself and Defendant Equifax. Plaintiff further states that his claims against Equifax will be dismissed within sixty days upon the completion of the appropriate settlement arrangements. The Parties request that the Court "vacate all deadlines" in this matter as to Equifax only and retain jurisdiction over the completion and enforcement of the Parties' settlement.

For good cause, Plaintiff's Notice of Settlement (Doc. 39) is acknowledged and noted. To ensure the timely and orderly disposition of this case, the Parties are hereby **ORDERED** to file a stipulation of dismissal of all claims against Defendant Equifax Information Services, LLC **by no later than Monday, September 1, 2025,** or, by the same deadline, file with the Court a motion for additional time containing a written statement as to why additional time is needed. Additionally, discovery, and all related deadlines pertaining to Defendant Equifax Information Services, LLC, is **STAYED** until that same date, or through September 1, 2025.[1]

**SO ORDERED**, this 17th day of July 2025.

                                                  **/s/ W. Louis Sands**
                                                **W. LOUIS SANDS, SR. JUDGE**
                                                **UNITED STATES DISTRICT COURT**

---

[1] To be clear, the deadlines outlined in the Court's scheduling and discovery Order (Doc. 29) remain in place for Defendant Synchrony Bank.