**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| KENNETH LAMAR WEST SR., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 7:24-CV-143 (WLS) |
| | : | |
| TRANS UNION LLC, EQUIFAX | : | |
| INFORMATION SERVICES, LLC, and | : | |
| SYNCHRONY BANK, | : | |
| | : | |
| Defendants. | : | |
| | : | |

**ORDER**

    Before the Court is a Notice of Settlement as to Defendant Synchrony Bank Only (Doc. 44) ("Notice of Settlement"), filed on July 22, 2025. Therein, Plaintiff notifies the Court that a settlement has been reached between himself and Defendant Synchrony Bank. Plaintiff further states that his claims against Synchrony Bank will be dismissed within forty-five days upon the completion of the appropriate settlement arrangements. The Parties request that the Court "vacate all deadlines" in this matter as to Synchrony Bank only and retain jurisdiction over the completion and enforcement of the Parties' settlement.

    For good cause, Plaintiff's Notice of Settlement (Doc. 44) is acknowledged and noted. To ensure the timely and orderly disposition of this case, the Parties are hereby **ORDERED** to file a stipulation of dismissal of all claims against Defendant Synchrony Bank **by no later than Friday, September 5, 2025,** or, by the same deadline, file with the Court a motion for additional time containing a written statement as to why additional time is needed. Additionally, discovery, and all related deadlines pertaining to Defendant Synchrony Bank, is **STAYED** until that same date, or through September 5, 2025.

    **SO ORDERED**, this 23rd day of July 2025.

                                                          **/s/ W. Louis Sands**
                                                          **W. LOUIS SANDS, SR. JUDGE**
                                                          **UNITED STATES DISTRICT COURT**