# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| KENNETH LAMAR WEST SR., | : |
| Plaintiff, | : |
| v. | : CASE NO.: 7:24-CV-143 (WLS) |
| TRANS UNION LLC, EQUIFAX INFORMATION SERVICES, LLC, and SYNCHRONY BANK, | : |
| Defendants. | : |

## ORDER

Before the Court is a Stipulation of Dismissal With Prejudice of Defendants Equifax Information Services, LLC and Synchrony Bank ("Stipulation of Dismissal") (Doc. 48), filed on September 26, 2025, and pursuant to the Court's previous Order (Doc. 47). Therein, the Parties stipulate to the dismissal of Plaintiff's claims against Defendant Equifax and Defendant Synchrony Bank with prejudice, presumably under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).[1]

For the purpose of completing the record, the Court acknowledges and **ACCEPTS** the Parties' Stipulation (Doc. 48). Therefore, Plaintiff's claims against Defendants Equifax Information Services, LLC and Synchrony Bank are **DISMISSED**, **WITH PREJUDICE**. Plaintiff's claims against all defendants having now been resolved, the Clerk of Court is **DIRECTED** to close this case.

**SO ORDERED**, this 29th day of September 2025.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] The Parties do not cite to Rule 41 explicitly. However, the Stipulation is signed by all parties who have appeared, thus meeting the requirements of voluntary dismissal under Rule 41(a)(1)(A)(ii).