IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| KENNETH LAMAR WEST SR., | * |
| Plaintiff, | * |
| v. | Case No. 7:24-cv-143 (WLS) |
| | * |
| TRANS UNION LLC, et al., | |
| | * |
| Defendants. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated September 29, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 29th day of September, 2025.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk